CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 16 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM M. CRONAN, JR., | ) | Civil Action No. 7:10-mc-00011 |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE ATTORNEY GENERAL OF VA, | ) | By: Hon. James C. Turk |
|     Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's filing is **DISMISSED** without prejudice; the action is **STRICKEN** from the active docket of the court; a Certificate of Appealability is **DENIED**; and it is **CERTIFIED** that an appeal would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

**ENTER:** This 16th day of February, 2010.

/s/ James C. Turk
Senior United States District Judge